IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **FEDEQ DV004, LLC**, and **FEDEQ DV005, LLC**, Florida limited liability companies<br><br>    Plaintiffs,<br><br>v.<br><br>**CITY OF PORTLAND**, a Maine body politic and corporate,<br><br>and<br><br>**JON. P. JENNINGS**, an individual,<br><br>    Defendants. | **Case No.: 2:19-CV-00382-JHR** |

**Plaintiffs' Unopposed Motion to Continue Conference Scheduled for August 25, 2021**

NOW COME Plaintiffs, FEDEQ DV004, LLC and FEDEQ DV005, LLC ("Federated"), by and through counsel, and moves for a continuance of the telephonic conference scheduled for August 25, 2021, as follows:

1. Plaintiffs' attorney, Gene Libby, suffered a serious leg injury at the end of July. He is still recuperating from the injury and is not in the office. Although Attorney Libby would otherwise be able to participate in the conference scheduled for August 25, 2021, he has follow up medical appointments scheduled throughout the day. Plaintiffs therefore request that the conference be rescheduled to a date on which Attorney Libby can participate.

2. If it is convenient for the Court, all counsel are available for a rescheduled conference on Friday, August 27, 2021, at any time before 3:00 p.m.

3. Defendants consent to the relief requested in this motion.

WHEREFORE, Federated requests that its motion be granted.

| | |
|---|---|
| Date: August 22, 2021 | /s/ Tyler J. Smith |
| | Gene R. Libby, Esq. (Bar No. 427) |
| | Tyler J. Smith, Esq. (Bar No. 4526) |
| | Keith P. Richard, Esq. (Bar No. 5556) |
| | Libby O'Brien Kingsley & Champion, LLC |
| | 62 Portland Road, Suite 17 |
| | Kennebunk, ME  04043 |
| | 207-985-1815 |
| | glibby@lokllc.com |
| | tsmith@lokllc.com |
| | krichard@lokllc.com |

## **CERTIFICATE OF SERVICE**

I, Gene R. Libby, hereby certify that on the date set forth below, I filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system, which will automatically send notification electronically to the registered participants.

| | |
|---|---|
| Date: August 22, 2021 | /s/ Tyler J. Smith |
| | Tyler J. Smith, Esq. (Bar No. 4526) |