## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| FEDEQ DV004 LLC and <br> FEDEQ DV005 LLC, <br> <br> Plaintiffs, <br> <br> v. <br> <br> CITY OF PORTLAND and <br> JON JENNINGS, <br> <br> Defendants | ) <br> ) <br> ) <br> ) Civil Docket No. 2:19-cv-00382-JHR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE FOR CITY OF PORTLAND and JON JENNINGS

The undersigned Jonathan W. Brogan, Esq., of the firm Norman, Hanson & DeTroy, LLC, hereby enters his appearance on behalf of Defendants City of Portland and Jon Jennings in the above-referenced action.

Dated at Portland, Maine this ___ day of August, 2021.

                                                    NORMAN, HANSON & DeTROY, LLC

                                                    /s/ Jonathan W. Brogan
                                                    Jonathan W. Brogan, Esq.
                                                    Attorney for Defendants

Norman, Hanson & DeTroy, LLC
Two Canal Plaza, P.O. Box 4600
Portland, ME  04112-4600
(207) 774-7000
jbrogan@nhdlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August \_\_\_\_, 2021, I electronically filed the Notice of Appearance for City of Portland and Jon Jennings with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated:  August \_\_\_\_, 2021

/s/ Jonathan W. Brogan
Jonathan W. Brogan, Esq.
Attorney for Defendant Jon Jennings and the
City of Portland


Norman, Hanson & DeTroy, LLC
Two Canal Plaza, P.O. Box 4600
Portland, ME  04112-4600
(207) 774-7000
jbrogan@nhdlaw.com