## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| FEDEQ DV004 LLC, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF PORTLAND, et al., )<br>)<br>)<br>Defendants. ) | Civil Docket No. 2:19-cv-00382-JHR |

**STIPULATION OF DISMISSAL**

On January 22, 2021 the claims against Jon Jennings were dismissed with prejudice in the above-captioned matter; pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate, through their undersigned counsel, to the dismissal of all remaining claims and counterclaims in the above-captioned matter without prejudice, and in all cases without costs to any party.

DATED: 11/16/2021                /s/Tyler Smith_____
                                 Gene R. Libby, Esq. (Bar No. 427)
                                 Tyler J. Smith, Esq. (Bar No. 4526)
                                 Keith P. Richard, Esq. (Bar No. 5556)
                                 Libby O'Brien Kingsley & Champion, LLC
                                 62 Portland Road, Suite 17
                                 Kennebunk, ME  04043
                                 207-985-1815
                                 glibby@lokllc.com
                                 tsmith@lokllc.com
                                 krichard@lokllc.com

1

DATED: November 16, 2021        NORMAN, HANSON & DeTROY, LLC

/s/ Russell B. Pierce, Jr.
Russell B. Pierce, Jr., Esq.
David A. Goldman, Esq.
James D. Poliquin, Esq.
Jonathan W. Brogan, Esq.

Attorneys for Defendants
City of Portland and Jon Jennings

Norman, Hanson & DeTroy, LLC
Two Canal Plaza, P.O. Box 4600
Portland, ME  04112-4600
(207) 774-7000
rpierce@nhdlaw.com
dgoldman@nhdlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2021, I electronically filed the **STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/Tyler Smith
Gene R. Libby, Esq. (Bar No. 427)
Tyler J. Smith, Esq. (Bar No. 4526)
Keith P. Richard, Esq. (Bar No. 5556)
Libby O'Brien Kingsley & Champion, LLC
62 Portland Road, Suite 17
Kennebunk, ME  04043
207-985-1815
glibby@lokllc.com
tsmith@lokllc.com
krichard@lokllc.com