**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| FEDEQ DV004 LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Docket No. 2:19-cv-00382-JHR |
| v. ) | |
| ) | |
| CITY OF PORTLAND, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT JON JENNINGS' MOTION TO DIRECT ENTRY OF FINAL JUDGMENT UNDER RULE 54(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

NOW COMES Defendant Jon Jennings, by and through undersigned counsel and hereby moves the Court to direct entry of final judgment of dismissal with prejudice and without costs in favor of Defendant Jon Jennings.  The parties have stipulated to the dismissal without prejudice of all other claims and counterclaims in the case.  *See* ECF No. 163.  On January 22, 2021, this Court issued decision to dismiss with prejudice Plaintiffs' claims against Jon Jennings (ECF No. 104), and on September 27, 2021 this Court issued decision denying motion for reconsideration of the dismissal with prejudice (ECF No. 153).  Under Rule 54(b) of the Federal Rules of Civil Procedure, the Court may "direct entry of a final judgment as to one or more, but fewer than all claims or parties if the court expressly determines that there is no just reason for delay."  Because the parties have stipulated to the dismissal without prejudice of all other claims and counterclaims (see ECF No. 163), there is no just reason to delay separate entry of judgment in favor of Jon Jennings with prejudice, and without costs.

WHEREFORE, Defendant Jon Jennings requests that the Court enter final judgment in his favor with prejudice and without costs, in accordance with the Court's decisions on those claims against Defendant Jon Jennings in ECF Nos. 104 and 153.

DATED: November 16, 2021                NORMAN, HANSON & DeTROY, LLC

/s/ Russell B. Pierce, Jr.
Russell B. Pierce, Jr., Esq.

Attorney for Defendant Jon Jennings

Norman, Hanson & DeTroy, LLC
Two Canal Plaza, P.O. Box 4600
Portland, ME  04112-4600
(207) 774-7000
rpierce@nhdlaw.com
dgoldman@nhdlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2021, I electronically filed **DEFENDANT JON JENNINGS' MOTION TO DIRECT ENTRY OF FINAL JUDGMENT UNDER RULE 54(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Russell B. Pierce, Jr.
Russell B. Pierce, Jr., Esq.
Attorney for Defendants

Norman, Hanson & DeTroy, LLC
Two Canal Plaza, P.O. Box 4600
Portland, ME  04112-4600
(207) 774-7000
rpierce@nhdlaw.com